UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>ALLAN RAY EICHHORN,<br><br>Debtor. | Case No. 18-00198-TLM<br><br>Chapter 7 |

### ORDER EXTENDING THE AUTOMATIC STAY PENDING HEARING

Before the Court is the Stipulation to Extend the Automatic Stay Pending Hearing (Dkt. No. 80) (the "**Stipulation**") between by Noah G. Hillen, Chapter 7 Trustee and Guild Mortgage Company, and based on the stipulation and agreement of the parties thereto, and for good cause shown; **IT IS HEREBY ORDERED**:

1. The Stipulation is **APPROVED**; and

2. The automatic stay is **EXTENDED** through and including August 10, 2020, as to the Property (defined in the Stipulation). //end of text//

DATED:  July 17, 2020



TERRY L. MYERS
U.S. BANKRUPTCY JUDGE

Submitted by:
/s/ Brent R. Wilson
Attorney for Noah G. Hillen, Chapter 7 Trustee

Approved as to form:
/s/ Lewis N. Stoddard
Attorney for Guild Mortgage Company

ORDER EXTENDING THE AUTOMATIC STAY PENDING HEARING - 1

48489.0013.13004421.1